## Order

PER CURIAM.

A jury convicted Randy E. Danikas (Movant) of first degree murder and armed criminal action for the shooting death of his wife. After his conviction was affirmed on direct appeal, he moved for post-conviction relief pursuant to Rule 29.15; the court denied his motion. He claims the motion court clearly erred in overruling his Rule 29.15 motion, because his trial counsel was ineffective for failing to properly contact, investigate, subpoena and present David Wallace as a defense witness at his trial.

Because the motion court did not clearly err in finding and concluding Movant failed to demonstrate that trial counsel was not exercising reasonable trial strategy when he decided not to further investigate or call Wallace to testify at trial, we affirm. Rule 84.16(b).

Jeremiah W. (Jay) Nixon, Atty. Gen., Dora A. Fichter, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before EDWIN H. SMITH, HAROLD L. LOWENSTEIN, and JAMES M. SMART, JR., JJ.

### Order

PER CURIAM.

Jerry Ginn appeals the denial of his motion filed under Rule 29.15 for post-conviction relief. Concluding there is no basis for relief on appeal and the judgment should be affirmed, this court affirms the judgment by this summary order pursuant to Rule 84.16(b). A memorandum is furnished to the parties as to the basis for the ruling. Judgment is affirmed.

**Jerry GINN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 61597.**

Missouri Court of Appeals,
Western District.

Oct. 7, 2003.

Emmett D. Queener, State Public Defender, Columbia, MO, for Appellant.

**STATE of Missouri, Respondent,**

v.

**Juan Antonio RODRIGUEZ, Appellant.**

**No. WD 61588.**

Missouri Court of Appeals,
Western District.

Oct. 7, 2003.

Rosalyn Koch, State Public Defender Office, Jefferson City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris, Shaun Mackelprang, Office of Attorney General, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, THOMAS H. NEWTON, Judge, and RONALD R. HOLLIGER, Judge.

## ORDER

Juan Antonio Rodriguez appeals the circuit court's judgment convicting him of murder in the second degree and armed criminal action. We affirm. Rule 30.25(b).